IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CONVERTEAM, INC., | * | |
| Plaintiff, | * | |
| vs. | * | CIVIL ACTION 10-00417-KD-B |
| M/V STAR EAGLE, *et al.*, | * | |
| Defendants. | * | |

## ORDER

This action is before the Court on Plaintiff Converteam, Inc.'s Motion to Amend Scheduling Order (Doc. 65) and Objection and Motion to Quash or Reset Notice of Deposition (Doc. 66). A status conference was conducted on May 9, 2011, with counsel for the parties participating by telephone. At the conference, counsel for Defendants advised that they do not oppose Plaintiff's request to extend the deadline for responding to discovery requests and to reschedule depositions, as long as the deadline for dispositive motions is also modified. Upon consideration and for good cause shown, Plaintiff's motion is granted, in part.

The Rule 16(b) Scheduling Order entered on December 22, 2010 (Doc. 42) is hereby amended as follows:

1. <u>FINAL PRETRIAL CONFERENCE</u>. This action is set for a final pretrial conference before District Judge Kristi DuBose on **September 8, 2011** at **9:30 a.m.**

2. <u>DISCOVERY COMPLETION</u>. All discovery is to be completed on or before **June 20, 2011.**

3. <u>DISPOSITIVE MOTIONS</u>. Motions for summary judgment and any other dispositive motions, especially those which require little or no discovery, are to be filed as soon as possible but in no event later than **July 8, 2011.**

4. <u>SETTLEMENT</u>. On or before **June 20, 2011,** the parties shall confer for the purpose of discussing settlement and shall file with the Clerk of Court <u>a joint statement</u> setting forth the parties' positions regarding settlement of this action through any of the approved alternative dispute resolution procedures.

Except as set forth herein, all other deadlines contained in the December 22, 2011 Scheduling Order (Doc. 42) remain in full force and effect.

DONE this **9th** day of **May, 2011.**

                                      /s/SONJA F. BIVINS
                                 **UNITED STATES MAGISTRATE JUDGE**